No. 72–6879.  BAILEY v. HOUSTON CHRONICLE PUBLISHING Co., *ante,* p. 873;

No. 73–82.  CARDEN v. BROOKS ET AL., *ante,* p. 824;

No. 73–101.  HUNTER v. UNITED STATES, *ante,* p. 857;

No. 73–148.  SHAPIRO v. CITY OF NEW YORK ET AL., *ante,* p. 804;

No. 73–167.  GRAFF VENDING Co. ET AL. v. HAMPTON, DBA HAMPTON VENDING SUPPLY, *ante,* p. 859;

No. 73–177.  GOLDSTEIN, RECEIVER v. UNITED STATES, *ante,* p. 974;

No. 73–209.  DESMARAIS ET AL. v. WACHUSETT REGIONAL SCHOOL DISTRICT ET AL., *ante,* p. 859;

No. 73–224.  ROSE ET UX. v. COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 975; and

No. 73–5046.  STOKES v. BRUCE ET AL., *ante,* p. 893. Petitions for rehearing denied.

No. 72–1545.  BARRETT v. UNITED STATES, *ante,* p. 824;

No. 72–1553.  MULLIGAN ET AL. v. UNITED STATES, *ante,* p. 825; and

No. 72–1592.  BIDDY v. MISSISSIPPI, *ante,* p. 866. Motions to dispense with printing petitions for rehearing granted. Motions for leave to file petitions for rehearing denied.

No. 72–1574.  BOB LAWRENCE REALTY, INC., ET AL. v. UNITED STATES, *ante,* p. 826;

No. 72–1705.  CARINI v. ZONING BOARD OF APPEALS OF THE TOWN OF WEST HARTFORD, *ante,* p. 831;

No. 72–6549.  KERR v. UNITED STATES, *ante,* p. 868;

No. 72–6782.  HARPER v. TEGTMEYER, ACTING COMMISSIONER OF PATENTS, ET AL., *ante,* p. 843; and

No. 73–5158.  HAWKINS v. MEACHAM, WARDEN, ET AL., *ante,* p. 814. Motions for leave to file petitions for rehearing denied.